UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TECH PHARMACY SERVICES, LLC, | Case No.16-mc-80139-LB |
| Plaintiff, | |
| v. | **ORDER** |
| ALIXA RX LLC, et al., | Re: ECF No. 1 |
| Defendants. | |

Given the interplay of the motion to compel with the Texas case, the court thinks the matter is amenable to the meet-and-confer process that is the standard procedure in this district and is summarized in the attached standing order. The parties must at least meet to see if they can work out some of their disagreements via that process, which allows for a faster resolution that the ordinary five-weeks-to-a-hearing schedule under the local rules. If not, the schedule is as follows: 1) opposition due July 19, 2) reply due July 26, and 3) hearing set for August 11, 2016, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 16-mc-80139-LB)